# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**HUISI GONZALES AMAYA**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:03CR00365-01**

Douglas Beevers, Assistant Federal Defender

Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charges 1 and 2 on 3/29/2012 as alleged in the violation petition filed on 2/15/2012.

[✔]  admitted guilt to violation of charges 1 on 6/21/2012 as alleged in the violation petition filed on 5/17/2012.

[]  was found in violation of condition(s) of supervision as to charge(s)   after denial of guilt, as alleged in the violation petition filed on   .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | New Law Violation (2/15/2012 Petition) | 5/20/2011 |
| 2 | Failure to Report a Change in Residence 10 Days Prior to the Change (2/15/2012 Petition) | 5/20/2011 |
| 1 | New Law Violation (5/17/2012 Petition) | 3/18/2012 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on 9/7/2005.

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

6/21/2012

Date of Imposition of Sentence

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge

Name & Title of Judicial Officer

06/28/2012

Date

CASE NUMBER:        2:03CR00365
DEFENDANT:          HUISI GONZALES AMAYA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months as to all counts in both petitions concurrently for a total term of 8 months and consecutively to case number 2:12CR00161.

[ ]        The court makes the following recommendations to the Bureau of Prisons:

[✔]        The defendant is remanded to the custody of the United States Marshal.

[ ]        The defendant shall surrender to the United States Marshal for this district.
           [ ] at ___ on ___.
           [ ] as notified by the United States Marshal.

[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before _ on ___.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                        By  _____
                                                    Deputy U.S. Marshal